UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                   Case No. 3:22-cr-124

vs.

JOSHUA A. HUGHES, *et al.*,                   District Judge Michael J. Newman

    Defendant.

**ORDER: (1) DIRECTING THE PARTIES TO MEET AND CONFER UNDER FED. R. CRIM. P. 16.1; (2) DIRECTING THE PARTIES TO FILE A NOTICE IDENTIFYING THE SPEEDY TRIAL ACT DEADLINE; AND (3) DIRECTING THE PARTIES TO FILE A JOINT PROPOSED SCHEDULING ORDER**

This criminal case is before the Court following Defendants' arraignment on November 28, 2022 and November 30, 2022, respectively. Within 14 days of Defendants' arraignment, the parties shall meet and confer to "agree on a timetable and procedures for pretrial disclosure under Rule 16." Fed. R. Crim. P. 16.1(a). The parties must then file (1) a Notice identifying the Speedy Trial Act deadline; and (2) a Joint Proposed Scheduling Order containing a discovery deadline, a motion filing deadline, and a status report filing deadline. A form Notice and Proposed Scheduling Order is attached hereto.

    **IT IS SO ORDERED.**

December 1, 2022                                                s/Michael J. Newman
                                                                  Hon. Michael J. Newman
                                                                  United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    _____,

    Defendants.

Case No. 3: _____

District Judge Michael J. Newman

---

**NOTICE AND PROPOSED SCHEDULING ORDER**
---

The parties have met and conferred pursuant to Fed. R. Crim. P. 16.1, and report that the present Speedy Trial Act deadline in this case is _____. The parties propose the following scheduling order:

| | |
|---|---|
| Discovery deadline: | |
| Motion filing deadline: | |
| Status report deadline: | |
| Final pretrial conference: | To be set by the Court. |
| Jury trial: | To be set by the Court. |

_____
Counsel for Defendant

_____
Counsel for Defendant

_____
Counsel for Defendant

_____
Counsel for Defendant

_____
Counsel for the Government