UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSHUA A. HUGHES, *et al.*,

    Defendants.

Case No. 3:22-cr-124

District Judge Michael J. Newman

___

# SCHEDULING ORDER
___

This criminal case is before the Court following Defendants' arraignments on November 28, 2022 and November 30, 2022. The parties have met and conferred pursuant to Fed. R. Crim. P. 16.1 and have filed a notice and a proposed scheduling order in which they report that the present Speedy Trial Act deadline in this case is **February 9, 2023**. Doc. No. 52. Based on the parties' proposed scheduling order, the Court sets the following schedule in this case:

| | |
|---|---|
| Discovery deadline: | **December 14, 2022** |
| Motion filing deadline: | **January 6, 2023** |
| Status report deadline: | **January 17, 2023** |
| Jury trial: | **January 30, 2023** |

The Court is amenable to extending these deadlines upon written motion by the parties subject to the requirements of the Speedy Trial Act.

**IT IS SO ORDERED.**

December 9, 2022

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge