UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                  Case No. 3:22-cr-124-1

vs.

JOSHUA A. HUGHES,                District Judge Michael J. Newman

    Defendant.

_____

**ORDER DIRECTING THE MONTGOMERY COUNTY JAIL TO PROVIDE DEFENDANT AND HIS COUNSEL WITH A ROOM WITH ELECTRICAL OUTLETS IN ORDER TO REVIEW ALL DISCOVERY**
_____

This case is before the Court following a January 23, 2023 hearing in which counsel for Defendant Joshua A. Hughes stated that the Montgomery County Jail did not have adequate space for Defendant and his counsel to review discovery.  According to defense counsel, the jail is undergoing construction and does not have a room suited with working-electrical outlets for Defendant and his counsel to review electronic discovery.  This has prevented Defendant from viewing the discovery in his case.

Thus, the Montgomery County Jail is **DIRECTED** to provide Defendant and his counsel with a room suited with working-electrical outlets in order for Defendant to view the electronic discovery in his case, regardless of any construction-related limitations.

    **IT IS SO ORDERED.**

    April 10, 2023                                        s/Michael J. Newman
                                                             Hon. Michael J. Newman
                                                             United States District Judge

cc: U.S. Marshals Service