UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                            Case No. 3:22-cr-124-1

vs.

JOSHUA HUGHES,                           District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) PROPOSING THAT TRIAL BEGIN ON SEPTEMBER 11, 2023; (2) DIRECTING THE PARTIES TO FILE NOTICE ON THE COURT'S DOCKET ON OR BEFORE JUNE 8, 2023 IF THEY OBJECT TO THAT TRIAL DATE; AND (3) CONFIRMING THAT IF THE PARTIES DO NOT FILE A NOTICE OF OBJECTION, THE COURT WILL CONSTRUE THE PARTIES' SILENCE AS CONSENT TO THE PROPOSED CONTINUANCE**

---

        This criminal case comes before the Court following a telephone status conference on June 6, 2023 during which Assistant United States Attorney Dwight Keller represented the Government and attorneys Cheryll Bennet and Thomas Eagle represented Defendants Joshua Hughes and Danielle Collins, respectively. The parties jointly stated that the speedy trial clock will resume running on June 9, 2023 and will expire on July 31, 2023. The parties also jointly requested that the Court schedule a trial date for the charges pending against Joshua Hughes. The Court raised the possibility of a trial date in August and both parties consented to that option. Ms. Bennett stated that Defendant Hughes has no speedy trial concerns and no issue with a continuance if necessary. The Court took the matter under submission.

        The Court now **PROPOSES** that trial in this case begin on **September 11, 2023**. If a party objects to this proposed date, **counsel must inform the Court** by filing a notice on the Court's docket **ON OR BEFORE JUNE 8, 2023.** If no party timely objects to the proposed September

11, 2023 trial date, the Court will construe the silence as consent to the proposed continuance and new trial date. The Court will then, by separate order, grant the continuance, schedule trial, and schedule pre-trial motions deadlines.

**IT IS SO ORDERED.**

  June 7, 2023                                       s/Michael J. Newman
                                                                         Hon. Michael J. Newman
                                                                        United States District Judge