UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                   Case No. 3:22-cr-124-1

vs.

JOSHUA HUGHES,                           District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 116); (2) GRANTING THE PARTIES' JOINT MOTION TO CHANGE PLEA (Doc. No. 110); AND (3) ACCEPTING DEFENDANT'S PLEA OF GUILTY**

---

      This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court grant the parties' joint motion to change plea and accept Defendant Joshua Hughes's guilty plea. Doc. No. 116. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The Court **GRANTS** the parties' joint motion to change plea. Doc. No. 110. The Court also **ACCEPTS** Defendant's plea of guilty to Counts 2, 5, and 6 of the indictment currently pending against him and finds him guilty as charged of SNAP fraud, in violation of 7 U.S.C. § 2024(b); conspiracy to possess with intent to distribute drugs, in violation of 21 U.S.C. § 846; and maintaining a drug premises, in violation of 21 U.S.C. § 856(a)(1). *See* Doc. Nos. 29, 114. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

    July 17, 2023                                           s/Michael J. Newman
                                                                         Hon. Michael J. Newman
                                                                         United States District Judge